IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE M. VANN, | ) | |
| Petitioner, | ) ) | |
| v. | ) ) | No. 1:19-cv-01059-STA-jay |
| JASON CLENDENION, | ) ) | |
| Respondent. | ) ) | |

ORDER DIRECTING CLERK
TO PLACE PETITION UNDER SEAL AND TO MODIFY RESPONDENT

Petitioner Bruce M. Vann's *pro se* 28 U.S.C. § 2254 habeas corpus petition (the "Petition") contains the name of the minor victim. (ECF No. 1.) The Clerk is therefore **DIRECTED** to place the Petition under seal. The Clerk is further **DIRECTED** to modify the docket to reflect Jason Clendenion as Respondent. *See Rumsfeld v. Padilla*, 542 U.S. 426, 434-35 (2004); Fed. R. Civ. P. 25(d).

**IT IS SO ORDERED**.

s/ S. Thomas Anderson
S. THOMAS ANDERSON
CHIEF UNITED STATES DISTRICT JUDGE

Date: December 13, 2021.